IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELANIE CORNELL,

      Plaintiff,                  No. 2:11-cv-1462 FCD KJN (TEMP) PS

    vs.

SELECT PORTFOLIO SERVICING, INC.,

      Defendant.              ORDER

_____/

       This matter was initially referred to the undersigned for pretrial management because plaintiff was proceeding pro se. On July 14, 2011, a notice of appearance by counsel for plaintiff was filed. Because plaintiff is now represented by counsel, pretrial matters, other than discovery motions, should be noticed before the District Judge assigned to this action. The magistrate judge shall continue to perform all duties described in Local Rule 302(c)(1)-(20).

       Accordingly, IT IS HEREBY ORDERED that:

       1. This matter is referred back to the District Judge assigned to this action.

       2. All dates pending before the undersigned are vacated; and

////

////

////

1

3. Henceforth the caption on documents filed in this action shall be No. 2:11-cv-1462 FCD KJN (TEMP) .

IT IS SO ORDERED.

DATED: July 14, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

cornell.ref