UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

MELANIE I. CORNELL,

        Plaintiffs,

    v.

SELECT PORTFOLIO SERVICING, INC., JOHN DOES NOS. 1-20

        Defendant.
_____/

No. CIV S-11-1462 KJM-EFB

<u>ORDER OF NON-RELATED CASES</u>

MELANIE I. CORNELL,

        Plaintiff,

    v.

That Certain Instrument Entitled "Deed of Trust," under Recorder's Document Number 20110015747 originally dated August 8, 2005 and filed in Nevada County; That Certain "Corporate Assignment of Deed of Trust," under Recorder's Document Number 20110015748 dated June 14, 2011 and filed in Nevada County; That Certain Instrument Entitled "Deed of Trust," under Recorder's Document Number DOC-2005-0111849 originally dated August 8, 2005 and filed in Placer County; New Century Mortgage Corporation; U.S. Bank National Association, alleged trustee; Chicago Title Insurance Company.

        Defendants.
_____/

No. CIV S-12-0330 WBS CKD

1

1 | The undersigned judge declines to relate the above-captioned cases pursuant to
2 | Local Rule 123(a). Assignment of the matters to the same judge is not likely to effect a
3 | substantial savings of judicial effort or other economies. These actions involve the same
4 | plaintiff, but involve different defendants, the actions involve events specific to each party, and
5 | the questions of law are not novel. Case No. CIV S-11-1462 was dismissed for lack of ripeness
6 | and is currently on appeal. It is not clear that the same result reached by this court in the earlier-
7 | filed case should follow in case No. CIV S 12-0330. As such, assignment to different judges
8 | does not entail substantial duplication of labor.
9 | Therefore, CIV S 12-0330 WBS CKD shall not be reassigned to the undersigned
10 | judge.
11 | IT IS SO ORDERED.
12 | DATED: May 18, 2012.

_____
UNITED STATES DISTRICT JUDGE